**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **JOHN DILLARD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:87-CV-1161-MHT |
| **BIBB COUNTY BOARD** | ) |
| **OF EDUCATION,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 30, 2007, as to why said motion should not be granted as requested.

DONE this 1st day of March, 2007.

_____
**UNITED STATES DISTRICT JUDGE**